

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 6, 2024

**Via ECF**
Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *New York Times, et al., v. Federal Aviation Administration*, 24 Civ. 4226 (LJL)

Dear Judge Liman:

      This Office represents the Federal Aviation Administration (the "FAA" or the "government") in this action brought by plaintiffs The New York Times and Mark Walker ("plaintiffs") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. We write jointly with plaintiffs to provide a status report, as required by the Court's September 30, 2024 Order, ECF No. 19.

      The four FOIA requests at issue here broadly concern Boeing airplanes. *See* Compl., Dkt. No. 1, ¶¶ 13-18. As we noted in previous letters, the government has completed its response to three of the requests.

      The final request (*see* Compl. Ex. E) seeks material submitted by Boeing related to 737 Max 9 jet door plugs. As we noted in our last letter, the responsive records require coordination with Boeing to review for potential exemption 4 material. The government's consultation with Boeing has taken longer than originally expected, both because of certain substantive questions and because of the Thanksgiving holidays. The government now expects to complete processing these records (including all consultation) and make a production by December 16. Plaintiffs do not object to this revised schedule.

      Under the Court's September 30 Order, the parties' next joint status report is due by Friday, January 3.

We thank the Court for its attention to this matter.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney for the
           Southern District of New York

By:    /s/ Peter Aronoff
       PETER ARONOFF
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2697
       E-mail: Peter.Aronoff@usdoj.gov