

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 7, 2025

**Via ECF**
Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *New York Times, et al., v. Federal Aviation Administration*, 24 Civ. 4226 (LJL)

Dear Judge Liman:

      This Office represents the Federal Aviation Administration (the "FAA" or the "government") in this action brought by plaintiffs The New York Times and Mark Walker ("plaintiffs") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. We write jointly with plaintiffs to provide a status report, as required by the Court's September 30, 2024 Order, ECF No. 19.

      The FAA completed its productions to plaintiffs in late December. Since the last status report, plaintiffs have continued to review the productions to determine whether they have any questions or issues to raise with the government. The plaintiffs expect to complete their review shortly, and the parties will then confer about next steps, including whether it is possible to resolve this action without further litigation. Under the Court's September 30 Order, the parties' next joint status report is due by Friday, March 7.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      DANIELLE R. SASSOON
      United States Attorney for the
      Southern District of New York

By:    */s/ Peter Aronoff*
      PETER ARONOFF
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2697
      E-mail: Peter.Aronoff@usdoj.gov